

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | |
| WAL-MART STORES, INC., AND WAL-MART ASSOCIATES, INC., | § | No. 08-19-00052-CV |
| | § | Appeal from the |
| Appellants, | § | 168th District Court |
| v. | § | of El Paso County, Texas |
| DAMIAN OCHOA, | § | (TC# 2017DCV3151) |
| Appellee. | § | |
| | § | |

# **O R D E R**

The Court has this day considered the Appellants' unopposed motion for emergency stay and concludes the motion should be GRANTED. The 168th District Court is directed to stay all proceedings, including discovery, in cause number 2017DCV3151, styled *Damian Ochoa v. Wal-Mart Stores, Inc., and Wal-Mart Associates, Inc.*, pending disposition of this appeal or further order of this Court.

IT IS SO ORDERED this 13th day of February, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez and Palafox, JJ.